Commonwealth *v.* Guerrero, Appellant.

Argued March 26, 1973. *David Kanner*, with him *Kanner, Stein & Barol*, for appellant; *James J. Wilson*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.